UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BEVERLY SORODSKY and
MICHAIL SORODSKY,

                           Petitioners,

          -against-

Attorney General of NYS State,

                           Respondent.

------------------------------------------------------------X

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER
09-CV-1644 (ARR)

ROSS, United States District Judge:

On April 12, 2009, Beverly Sorodsky and Michail Sorodsky, appearing *pro se*, filed this petition seeking to remove their criminal prosecution from the Supreme Court of the State of New York, Criminal Term, County of Kings, Part 11, Indictment Number 1722/2008 and DKT # 2007KN089907 to federal court. On April 30, 2009, the petition was remanded to the Supreme Court of the State of New York, Criminal Term, Kings County, pursuant to 28 U.S.C. § 1446(c)(4). By letter dated March 26, 2010, petitioners requested removal of the same criminal case (docket entry #5). On May 17, 2010, petitioners filed a document titled "Removal of Criminal Case Ind. 1722/08 from NY State, Kings County Supreme Court to Eastern District of New York" (docket entry #7). Again, this submission filed May 17, 2010, does not restore this matter to this court. Any submissions related to petitioners' criminal case should be filed in the pending criminal action in state court. The Clerk of Court is directed to return without filing any future submissions seeking removal of the aforementioned state criminal case or under this docket number.

        SO ORDERED.

                           /S/

                           Allyne R. Ross
                           United States District Judge

Dated: June 4, 2010
       Brooklyn, New York

**Service List:**

Plaintiffs (Pro Se):

Beverely Sorodsky
# 141-08-06303
Rose M. Singer Center
Building # 6
19-19 Hazen Street
East Elmhurst, NY 11370


Michael Sorodsky
1130800276
North Infirmary Command
1500 Hazen Street - Dorm #3
East Elmhurst, NY 11370
PRO SE